UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21354-CIV-JLK

| | |
|---|---|
| JOSE ALTAGRACIA JIMENEZ and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| FINNEGANS WAY INC., LEO RODRIGUEZ | ) ) ) |
| Defendants. | ) ) ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

COME NOW the Parties, by and through undersigned counsel, and hereby stipulate and jointly move the Court, pursuant to Fed. R. Civ. P. 41, for dismissal of the above-captioned lawsuit. Plaintiff and Defendants shall each bear their own respective fees and costs.

Respectfully Submitted,

Dated this 14th day of June 2018.

By: */s/ Neil Tobak, Esq.*
    Neil Tobak, Esq.
    Fla. Bar No. 093940
    Email: ntobak.zidellpa@gmail.com
    J.H. ZIDELL, P.A.
    300 71st Street, Suite 605
    Miami Beach, FL 33141
    Telephone: (305) 865-6766
    Facsimile: (305) 865-7167
    *Attorney for Plaintiff*

By: */s/ Sean Michael Ellsworth, Esq.*
    Sean Michael Ellsworth, Esq.
    Fla. Bar No
    Ellsworth Law Firm, P.A.
    420 Lincoln Road, Suite 601
    Miami Beach, Fl 33139-6606
    Ph: (305) 535-2529
    Fax: (305) 535-2881
    Email: Sean@Ellslaw.Com
    *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21354-CIV-JLK

JOSE ALTAGRACIA JIMENEZ and all )
others similarly situated under 29 U.S.C. )
216(b), )
 )
       Plaintiff, )
vs. )
 )
FINNEGANS WAY INC., )
LEO RODRIGUEZ )
 )
       Defendants. )
_____ )

### **ORDER OF DISMISSAL**

It is ORDERED, and ADJUDGED that the above-captioned lawsuit is dismissed and each side shall bear their own fees and costs.

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2018.

_____
JAMES LAWRENCE KING
UNITED STATES SR. DISTRICT JUDGE

Copies to:    Counsel of Record